# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE MARTINEZ,<br><br>                Plaintiff,<br><br>-against-<br><br>TRIUMPH CONSTRUCTION CORP. and TOP SET TRUCKING, LLC,<br><br>                Defendants. | Civil Action No. 1:21-cv-04137-JPO-SDA<br><br>Civil Action<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Brian L. Gardner executed on July 16, 2021 and the exhibit annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, the undersigned, counsel for defendants Triumph Construction Corp. and Top Set Trucking, LLC (collectively, "*Defendants*"), will move this Court, before the Honorable J. Paul Oetken, in Courtroom 706 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for the entry of an Order: (1) dismissing the complaint of plaintiff, George Martinez ("*Plaintiff*"), in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6); and (2) for any such other and further relied as the Court deems just and proper.

**DATED:**  New York, New York
              July 16, 2021

**COLE SCHOTZ P.C.**
*Attorneys for Defendants, Triumph Construction Corp. and Top Set Trucking LLC*

By: */s/ Brian L. Gardner*
    Brian L. Gardner
    Jed M. Weiss
    Elizabeth Carbone (*pro hac vice* application forthcoming)
    1325 Avenue of the Americas
    19th Floor
    New York, NY 10022-4728
    (212) 752-8000

**TO:**  All Counsel of Record Via CM/ECF